August 28, 2009

Mr. Bill Davis
Office of the Attorney General of Texas
Office of Solicitor General
PO Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Oliver Okoli
P.O. Box 2043
Alief, TX 77411

RE: Case Number: 07-0642
 Court of Appeals Number: 01-07-00103-CV
 Trial Court Number: 2001-31783

Style: TEXAS DEPARTMENT OF HEALTH AND HUMAN SERVICES
 v.
 OLIVER OKOLI

Dear Counsel:

 Today the Supreme Court of Texas issued a Per Curiam Opinion the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Charles Bacarisse |